THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Norris Hennesey
 Smith, Appellant.
 
 
 

Appeal From Horry County
 Steven H. John, Circuit Court Judge

Unpublished Opinion No.  2011-UP-481 
Submitted October 1, 2011  Filed October
 28, 2011 

AFFIRMED

 
 
 
Appellate Defender Robert M. Pachak, of Columbia, for Appellant.
Attorney General Alan M. Wilson, Chief Deputy Attorney General
 John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and Assistant
 Attorney General Christina J. Catoe, all of Columbia; and Solicitor J. Gregory
 Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM:  Norris Hennesey Smith appeals his
 conviction for trafficking in cocaine, arguing the circuit court erred in
 denying his motion to suppress evidence seized after law enforcement improperly
 expanded the scope of a traffic stop.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities: Rule 220(c),
 SCACR ("The appellate court may affirm any ruling, order, decision or
 judgment upon any ground(s) appearing in the Record on Appeal."); Jones
 v. Lott, 387 S.C. 339, 346, 692 S.E.2d 900, 903 (2010) ("Under the two
 issue rule, where a decision is based on more than one ground, the appellate
 court will affirm unless the appellant appeals all grounds because the unappealed
 ground will become law of the case.").
AFFIRMED.
FEW, C.J., THOMAS and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.